■ SUSAN MURPHY, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 115287.) [945 NYS2d 918]—Appeal from an order of the Court of Claims (Diane L. Fitzpatrick, J.), entered March 15, 2011 in a personal injury action. The order sanctioned defendant for spoliation of evidence.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on May 21, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.

■ TERRY CHECKSFIELD, Respondent, v JOHN C. SIEDLICKI, SR., Appellant. [945 NYS2d 918]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered July 14, 2011. The order, insofar as appealed from, denied the motion of defendant to dismiss the complaint pursuant to CPLR 3126.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on March 26, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.

■ DONOVAN HUMPHREY, Appellant, v EDWARD CAMPANY et al., Defendants, and BEN PENNETTA, Respondent. [945 NYS2d 587]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered May 31, 2011 in a personal injury action. The order, inter alia, granted the motion of defendant Ben Pennetta to videotape the deposition of plaintiff.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ In the Matter of NICOLE L. LOWTHER, Respondent, v CHRISTOPHER A. EASTMAN, Appellant. [945 NYS2d 919]—Appeal from an order of the Family Court, Jefferson County (Diana D. Trahan, R.), entered January 24, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner's application to relocate to Maryland with the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.